# UNITED STATES DISTRICT COURT
## for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 28 2008

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

United States of America )
v. )
Frankie Leo Carter )
) Case No: 4:03CR70169-001
) USM No: 10240-084
Date of Previous Judgment: March 11, 2005 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **121** months **is reduced to** **120 months***.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: **32**          Amended Offense Level: **30**
Criminal History Category: **I**         Criminal History Category: **I**
Previous Guideline Range: **121** to **151** months   Amended Guideline Range: **120** to **121** months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

The sentence imposed is the statutory minimum for the relevant offenses.
* The sentence is 120 months on each of Counts 1 and 2, to be served concurrently.

Except as provided above, all provisions of the judgment dated **3/11/2005** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: **3-27-08**

Judge's signature: /s/ Jackson L. Kiser

Effective Date: 4/7/2008
(if different from order date)

Jackson Kiser, Senior United States District Judge
Printed name and title